# United States District Court

WESTERN DISTRICT OF WASHINGTON

BRIAN J. NIEDERMIER,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5224BHS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

the matter is REMANDED pursuant to sentence six of 42 U.S.C. § 405(g) for further proceedings.

January 3, 2008

BRUCE RIFKIN
Clerk

*s/Caroline M. Gonzalez*
Deputy Clerk