UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN J. NIEDERMIER, <br><br>                            Plaintiff, <br>     v. <br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration, <br><br>                            Defendant. | No. CASE NO. C07-5224 BHS <br><br>REPORT AND RECOMMENDATION <br><br>Noted for August 21, 2009 |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4) and as authorized by <u>Mathews, secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).

Plaintiff, acting on his own behalf, brought this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision of the Commissioner of Social Security denying his application for social security benefits.

Plaintiff Brian Niedermier currently resides in Port Angeles, Washington. On or about May 5, 2007, Mr. Niedermier submitted to the Court Clerk a civil complaint along with an application to proceed *in forma pauperis*. The court granted the application and the Complaint

REPORT AND RECOMMENDATION - 1

was filed thereafter. The Complaint names Michael Astrue of the Social Security Administration as the sole defendant, and it alleges the Administration failed to properly consider Plaintiff's application for social security benefits. Doc. 3.

After defendant filed his answer, the parties filed briefs and the Honorable J. Kelley Arnold issued a report and recommendation. Judge Arnold recommended that the matter be remanded to the administration to consider new and material evidence pursuant to sentence-six (to ensure ongoing jurisdiction over the matter). On January 2, 2008, the Court adopted the recommendation and remanded the matter. Doc. 19.

On November 14, 2008, Defendants presented a motion to re-open the matter. Defendants stated that the administration had considered the new evidence and the record was complete. Doc. 22. Accordingly, the matter was ultimately referred to the undersigned magistrate judge, and the parties, specifically Mr. Neidermier, have been provided a briefing schedule to raise particular issues and submit arguments in support of their respective positions. Plaintiff has been provided with no less than two extensions of time to file his opening brief. Docs. 27 & 29. The court explained in its most recent order that plaintiff must file an opening brief no later than June 22, 2009, otherwise the court would recommend summary dismissal for lack of prosecution. Doc. 29. To date, the clerk has not received any pleadings or documents from plaintiff responding to the court orders requiring an opening brief.

Because Plaintiff has not filed an opening brief, despite being given more than one opportunity to do so, the undersigned recommends that the Court dismiss the matter without prejudice for lack of prosecution.

/ / / / / / / / /

/ / / / / / / / /

REPORT AND RECOMMENDATION - 2

## CONCLUSION

Based on the foregoing discussion, the Court should dismiss this matter without prejudice for failure to prosecute. Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on August 21, 2009, as noted in the caption.

DATED at this 30th day of July, 2009.

*[signature]*

J. Richard Creatura
United States Magistrate Judge