UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN J. NIEDERMIER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security Administration,<br><br>　　　　　　Defendant. | Case No. C07-5224BHS<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 30.

The Court having considered the Report and Recommendation, Petitioner's failure to file objections, and the remaining record, does hereby find and order:

(1)　　The Court adopts the Report and Recommendation; and

(2)　　This action is **DISMISSED without prejudice** for failure to prosecute.

DATED this 27th day of August, 2009.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER