# United States District Court

## WESTERN DISTRICT OF WASHINGTON

BRIAN J. NIEDERMIER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5224BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED without prejudice** for failure to prosecute.

August 28, 2009
Date

BRUCE RIFKIN
Clerk

*s/CM Gonzalez*
Deputy Clerk